# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

**GLENN MACHINE WORKS**                      **PLAINTIFF**
                                                                     **(COUNTER DEFENDANT)**

**VS.**                                     **CAUSE NO: 3:06CV92TSL-JCS**

**COASTAL BUILDERS, INC.**                    **DEFENDANT**
                                                                   **(COUNTER PLAINTIFF)**

**CONSOLIDATED WITH THE FOLLOWING LEAD CASE:**

**CERTAIN UNDERWRITERS AT**
**LLOYD'S, LONDON**                                         **PLAINTIFF**

**VS.**                                     **CAUSE NO. 3:05CV689WHB-AGN**

**COASTAL BUILDERS, INC.**                    **DEFENDANT**

_____

## RULE 54(b) ORDER OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT OF GLENN MACHINE WORKS, INC.
_____

THIS CAUSE came on for hearing on motion ore tenus by the parties to dismiss only the complaint of Glenn Machine Works, Inc. ("GMW") from the above-styled and numbered consolidated causes; and the Court having been advised that these two(2) parties have reached an amicable compromise settlement, is of the opinion that the motion is well-taken and should be sustained.

IT IS THEREFORE ORDERED pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that Coastal Builders, Inc. is dismissed with prejudice as a Defendant from this consolidated cause and that all the claims of Firemen's Fund Insurance Company proceed against the Defendant, Glenn Machine Works, Inc.

IT IS FURTHER ORDERED that each party bear its own costs.

  IT IS FINALLY ORDERED that there is no reason for delay in the entry of this Order and same shall be forthwith entered by the Clerk of this Court.

  SO ORDERED this the 25th day of October, 2007.

                s/William H. Barbour, Jr.
                 UNITED STATES DISTRICT JUDGE

Submitted By:
DOUGLAS R. DUKE (MSB#6208)
SHELL BUFORD, PLLC
POST OFFICE BOX 157
JACKSON, MS 39205
(601) 932-4118

AGREED AND APPROVED AS TO FORM:

 s/ Douglas Duke_____
DOUGLAS R. DUKE
ATTORNEY FOR COASTAL BUILDERS, INC.

  s/ Corban Gunn_____
CORBAN GUNN
ATTORNEY FOR GLENN MACHINE WORKS, INC.